Same case below, 342 Fed. Appx. 24.

**No. 09-7870. Ronnie Lee Gardner, Petitioner v. Hank Galetka, Warden.**

559 U.S. 993, 130 S. Ct. 1737, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2235.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 568 F.3d 862.

**No. 09-8207. Donald L. Palmer, Petitioner v. Margaret A. Bagley, Warden.**

559 U.S. 993, 130 S. Ct. 1737, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2222.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 330 Fed. Appx. 92.

**No. 09-8329. Joshua B. Shapiro, Petitioner v. Nolan L. Agner.**

559 U.S. 993, 130 S. Ct. 1738, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2316, ■

March 8, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-8330. Timothy Dean Stone, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 993, 130 S. Ct. 1738, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2226.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8331. Martha Ritter, Petitioner v. E. Kerfoot Ritter, Jr.**

559 U.S. 993, 130 S. Ct. 1738, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2211, ■

March 8, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 165 Md. App. 747, 905 A.2d 843.

**No. 09-8333. Evelyn Bowman-Goone, Petitioner v. Joseph Gordon, Justice, Appellate Court of Illinois, First District, et al.**

559 U.S. 993, 130 S. Ct. 1738, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2260, ■

March 8, 2010. Petition for writ of certiorari to the Supreme Court of Illinois denied.

**No. 09-8334. Michael Matthew Martinez, Petitioner v. California.**

559 U.S. 993, 130 S. Ct. 1739, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2255.

March 8, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 47 Cal. 4th 399, 97 Cal. Rptr. 3d 732, 213 P.3d 77.

**No. 09-8345. Willie Lee Nobles, Petitioner v. Maggie Miller-Stout, Superintendent, Airway Heights Correctional Center.**

559 U.S. 993, 130 S. Ct. 1739, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2229.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 328 Fed. Appx. 439.